**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

————

No. 17-20178

————

United States Court of Appeals
Fifth Circuit

**FILED**
February 14, 2018

Lyle W. Cayce
Clerk

FREDDIE MITCHELL,

      Plaintiff - Appellant

v.

ENERGY TRANSFER PARTNERS, L.P.,

      Defendant - Appellee

————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-2784

————

Before REAVLEY, SMITH, and OWEN, Circuit Judges.

PER CURIAM:*

      The judgment of the district court is confirmed for the reasons covered completely by the district judge.

      The Plaintiff claims that there is a fact issue as to whether he and Bozeman were treated differently because of their race. But the corrective forms with different signing had complete differences in origin and significance

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20178

to their employment.  Race had nothing to do with that, and Plaintiff has not presented any evidence of racial discrimination.

AFFIRMED.